# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2009

139005 & (15)(16)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

DONALD R. GENTNER and MARY ANN
GENTNER,
      Plaintiffs-Appellees,

v

FARM BUREAU INSURANCE COMPANY,
      Defendant-Appellant.

SC: 139005
COA: 290013
Sanilac CC: 08-032200-NF

_____/

      On order of the Court, the motion for immediate consideration of the motion to stay is GRANTED. The application for leave to appeal the April 24, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court. The motion to stay the trial court proceedings is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2009

_____
Clerk

p0616